No. 37. RUSSELL & TUCKER ET AL. v. UNITED STATES;

No. 38. PORTER BROTHERS & BIFFLE ET AL. v. SAME;

No. 39. PRICE ET AL. v. SAME;

No. 206. UNITED STATES v. RUSSELL & TUCKER ET AL.;

No. 207. SAME v. PORTER BROTHERS & BIFFLE ET AL.; and

No. 208. SAME *v.* PRICE ET AL. October 10, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Blatchford Downing, Dayton Moses,* and *Ogden K. Shannon* for petioners in No. 37 and respondents in No. 206. *Mr. R. E. Taylor* for petitioners in Nos. 38 and 39 and respondents in Nos. 207 and 208. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States. Reported below: 95 F. 2d 684, 694, 687.